

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 25, 2020

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Michael NICHOLAS et al.*, 20-cr-224

Dear Judge Smith:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 20-cr-224, and related arrest warrants for Defendants Michael NICHOLAS, Darren PARKER, and Regina CUMMINGS, as I have been advised that the defendants have been arrested.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Shiva H. Logarajah
    Assistant United States Attorney
    Tel: (914) 993-1918

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE    3/25/20