**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

___

<div style="border:1px solid">

Application granted. Defendant Nicholas and his counsel are excused from appearing at the status conference scheduled for 11/18/2020. The status conference will proceed with respect to defendant Cummings.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  New York, New York
        November 13, 2020

</div>

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *United States v. Michael Nicholas*, 20 Cr. 224 (PMH)

Dear Judge Halpern:

   The parties write jointly to update the Court of the status in this matter. At last pre-trial conference in this case, the parties represented that an agreement in principle had been reached. Since that time, counsel for defendant Michael Nicholas and the Government have ironed out remaining issues. The parties expect to reach out to the Court in the near future about setting a date for a plea in this matter. Given that the Mr. Nicholas expects to resolve the case—and ask the Court for a plea date in the near future—the parties respectfully request that Mr. Nicholas and his counsel be excused from appearing at the status conference set for November 18, 2020.

   The parties are happy to answer any other questions the Court may have on this matter.

                         Respectfully submitted,

                         AUDREY STRAUSS
                         Acting United States Attorney

              By:    _____
                         Shiva H. Logarajah
                         Assistant United States Attorney
                         Tel:  914-993-1918

Cc:    All Counsel (by ECF)