UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

        -v-                    :      ORDER
Michael Nicholas
and
Regina Cummings,
                                          :      20 Cr. 224 (PMH)

               Defendants.     :

- - - - - - - - - - - - - - - - - - -X

      Upon the application of the Government, by and through AUSA Shiva H. Logarajah, and with the consent of Defendants Michael Nicholas, by and through Steven Goldman, Esq., and Regina Cummings, by and through Michael Burke, Esq., it is hereby ORDERED that time until March 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, so that pretrial resolution discussions may continue and pleas may be scheduled.

      The Clerk of Court is requested to terminate the pending letter-motion (Doc. 46).

Dated:  White Plains, New York
        January 13   , 2021

                                                _____
                                                HON. PHILIP M. HALPERN
                                                UNITED STATES DISTRICT JUDGE