# Goldman & Associates

190 E. 161st Street
Bronx, NY 10451

> Application granted. Defendant's sentencing has been adjourned to November 29, 2021 at 11:00 a.m. in a courtroom to be determined. Any written submissions by defendant shall be filed by November 15, 2021, and the government's response shall be filed by November 22, 2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         September 27, 2021

**By Email**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

    Re:    *United States v. Michael Nicholas*
            Criminal Docket No. 20-cr-224 (PMH)

Dear Judge Halpern:

    This case is currently scheduled for sentence on 10/13/21. I am writing to request that the sentence be adjourned for one month. I have been preoccupied with a couple of other time-consuming matters, and have been unable to complete the sentence memorandum in Mr. Nicholas' case. To be clear, it is not my intention to request another adjournment, and I will be prepared to go forward with his sentence in mid-November. I have reached-out to AUSA Logarajah, and he consents to our request. This is our second – and final - request of an adjournment of the sentencing in this matter.

    Thank you for your consideration.

Respectfully Submitted

/S/

Steven Goldman