UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                             **ORDER**

  v.

                                           20-CR-00224 (PMH)

  MICHAEL NICHOLAS,

                         Defendant.
---------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      On October 9, 2024, Defendant Michael Nicholas filed a *pro se* motion for a writ of error coram nobis. To date, no response from the Government has been received.

      Accordingly, should the Government be so advised, it shall file a response to Defendant's motion by November 27, 2024. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

      The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

                                           **SO ORDERED:**

Dated: White Plains, New York
       November 6, 2024

                                           _____
                                           Philip M. Halpern
                                           United States District Judge